# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1748. THERIAN WIMBUSH v. THE STATE.**

In 2017, Therian Wimbush was convicted of three counts of cruelty to children in the first degree and sentenced to thirty years to serve twenty years. We affirmed her convictions in 2018. *Wimbush v. State*, 345 Ga. App. 54 (812 SE2d 489) (2018). Wimbush has filed more than 20 appeals in this Court. In this case, she filed a notice of appeal from the trial court's denial of her pro se emergency motion for bond pending appeal.  The appeal for which Wimbush sought bond is Case No. A21A1070, which this Court dismissed on April 18, 2021. Accordingly, this appeal is moot. See *Inglett v. State*, 239 Ga. App. 524, 529 (10) (521 SE2d 241) (1999) ("Because we have decided the main appeal, the appeal from the denial of bond pending post-trial relief is moot.") (punctuation omitted). See also *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361 (3) (a) (489 SE2d 99) (1997) (a "moot" issue is one where a ruling is sought on a matter that has no practical effect on the alleged controversy or where the issues have ceased to exist). For this reason, we lack jurisdiction over this appeal, which is hereby DISMISSED as MOOT. See OCGA § 5-6-48 (b) (3).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/12/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.